# Third District Court of Appeal

## State of Florida

Opinion filed January 19, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-447
Lower Tribunal No. 20-2938
_____

**Amy and Evan Abramowitz,**
Appellants,

vs.

**First Protective Insurance Company,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Antonio Arzola, Judge.

Montalto Legal, LLC, and Stephen Montalto, for appellants.

Briscoe Ortiz Zuluaga; Russo Appellate Firm, P.A., and Elizabeth K. Russo and Paulo R. Lima, for appellee.

Before FERNANDEZ, C.J., and EMAS and HENDON, JJ.

PER CURIAM.

Affirmed. <u>People's Trust Ins. Co. v. Garcia</u>, 263 So. 3d 231 (Fla. 3d DCA 2019); <u>People's Trust Ins. Co. v. Tracey</u>, 251 So. 3d 931 (Fla. 4th DCA 2018).